FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington company, as subrogee of Deanna Quantrille and Gregory Quantrille,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP, d/b/a PACIFIC POWER & LIGHT COMPANY, an Oregon company,<br><br>Defendant. | No. 1:21-CV-03156-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

Before the Court is the parties' Stipulated Motion Dismiss with Prejudice, ECF No. 28. Plaintiffs are represented by Robert J. Slavik. Defendant is represented by Jeffrey S. Eden and Cynthia S. Park.

The motion states that this matter has been fully compromised and settled, and that the action and all of Plaintiff's claims be dismissed with prejudice without attorneys' fees or costs to any party.

//

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

2. Any pending motions are **DISMISSED as moot**.

3. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 12th day of May 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**